UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUANDELL HICKMAN,<br><br>                              Plaintiff,<br><br>                  -v.-<br><br>THE CITY OF NEW YORK,<br><br>                              Defendant. | 19 Civ. 5292 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, United States District Judge:

      The Court entered the civil case management plan and scheduling order in this case on February 3, 2020. (Dkt. #17). That order calls for the parties to appear for a pretrial conference on June 11, 2020. (See id.). On March 30, 2020, the Court received a letter from Mr. Hickman stating that he is being detained at the Manhattan Detention Complex. (Dkt. #18). On April 2, 2020, the Court endorsed that letter and told Mr. Hickman to update the Court if he changes facilities or is released from custody. (Dkt. #19). The Court has not heard from Mr. Hickman to date.

      Due to the COVID-19 Pandemic, and Mr. Hickman's detention, it is likely that Mr. Hickman will not be able to participate in the pretrial conference scheduled for June 11, 2020, even if that conference is made telephonic. On June 1, 2020, the Court reached out to defense counsel by email to inquire as to whether she has had any contact with Plaintiff in the past few weeks. She informed the Court that she has not had any communication with him. Accordingly, the pretrial conference previously scheduled for June 11, 2020 is hereby ADJOURNED *sine die*. Nonetheless, the parties are hereby ORDERED

to submit, either jointly or separately, letters to the Court on or before **June 19, 2020** updating the Court on the status of discovery.  At that time, the Court will schedule the next pretrial conference.

SO ORDERED.

Dated:   June 2, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Quandell Hickman
09399869R
Manhattan Detention Complex
125 White Street
New York, NY 10013
```