UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUANDELL HICKMAN,

                Plaintiff,

           -v.-

THE CITY OF NEW YORK,

                Defendant.

19 Civ. 5292 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Mr. Hickman's letter dated December 7, 2020, providing a correction to his mailing address. (Dkt. #41). The Clerk of Court is directed to update Mr. Hickman's address of record to: 107 E. 126 Street, Apt. 10S, New York, NY 10035.

    SO ORDERED.

Dated:  December 16, 2020
            New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge