UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANDELL HICKMAN,

                Plaintiff,

        -v.-

THE CITY OF NEW YORK,

                Defendant.

19 Civ. 5292 (KPF)

ORDER

KATHERINE POLK FAILLA, United States District Judge:

On December 16, 2020, Defendant City of New York filed a motion for leave to file a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). (Dkt. #43). By Order dated December 17, 2020, the Court directed Mr. Hickman to respond, if he so desired, on or before January 4, 2021. (Dkt. #44). The Court has confirmed with Mr. Hickman that he does not intend to respond.

Defendant's motion for leave to file its proposed motion for judgment on the pleadings is hereby GRANTED. Defendant's motion and supporting papers are due on or before **February 15, 2021**; Plaintiff's opposition brief is due on or before **April 1, 2021**; and Defendant's reply is due on or before **April 16, 2021**. Defendant is directed to provide Plaintiff with copies of all authorities, reported and unreported, cited in its moving papers.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

SO ORDERED.

Dated: January 15, 2021
       New York, New York

KATHERINE POLK FAILLA
United States District Judge

2