UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANDELL HICKMAN,

              Plaintiff,

-v.-

THE CITY OF NEW YORK,

              Defendant.

19 Civ. 5292 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Now pending before the Court is Defendant the City of New York's motion for judgment on the pleadings in this matter. By Order dated January 15, 2021, the Court directed that Plaintiff's response, if any, was due on or before April 1, 2021. (Dkt. #48). To date, Plaintiff has not filed a response to the motion or responded to the Court's informal communications. The Court hereby ORDERS that Plaintiff shall file his response to the motion on or before **June 7, 2021**, or the Court will consider the motion unopposed.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

SO ORDERED.

Dated: May 24, 2021
       New York, New York

KATHERINE POLK FAILLA
United States District Judge