UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANDELL HICKMAN,

                Plaintiff,

-v.-

THE CITY OF NEW YORK,

                Defendant.

19 Civ. 5292 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On June 17, 2021, the Court granted Defendant City of New York's motion for judgment on the pleadings. (Dkt. #53). However, the Court granted Plaintiff, who has proceeded *pro se*, permission to replead his claims on or before July 19, 2021, if he so desired. As of August 2, 2021, Plaintiff has not filed an Amended Complaint. Accordingly, as indicated in its June 17, 2021 Order, the Court now dismisses Plaintiff's federal claims with prejudice and Plaintiff's state claims without prejudice.

    The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case. The Clerk of Court is further directed to mail a copy of this Order to Plaintiff's address of record.

    SO ORDERED.

Dated:  August 2, 2021
            New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge